UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-61044-CV-WILLIAMS

THE NORTH FACE APPAREL CORP.,

    Plaintiff,

v.

21540148, *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Panayotta Augustin-Birch's Report and Recommendation ("***Report***") on Plaintiff's Motion for Final Default Judgment against Defendants (DE 18) ("***Motion***"). (DE 20.) In the Report, Magistrate Judge Augustin-Birch recommends that the Court grant Plaintiff's Motion. (DE 20 at 1.) Defendants filed no response to the Motion. Additionally, the Parties did not file any objections to the Report, and the time period to file objections has passed.

Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that the Report (DE 20) is **AFFIRMED AND ADOPTED**. Plaintiff's Motion for Final Default Judgment (DE 18) is **GRANTED**. The Court will separately issue a final default judgment.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>10th</u> day of October, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE